IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NATALA S. STROMAN,

        Plaintiff,

v.

BANK OF AMERICA CORPORATION, et al.,

        Defendants.

CIVIL ACTION NO.

1:10-CV-4080-JEC

### ORDER

The Court **RECUSES** itself from consideration of the above entitled action.

IT IS HEREBY ORDERED that the Clerk reassign this action.

SO ORDERED, this 14 day of FEBRUARY, 2011.

JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE