IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NATALA S. STROMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA CORPORATION, et. al,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>1:10-CV-04080-AT-GGB |

## WITHDRAWAL OF REPORT AND RECOMMENDATION

My Final Report and Recommendation of January 17, 2012 [Doc. 49] is hereby WITHDRAWN. The clerk is directed to update the docket to reflect the withdrawal of Doc. 49, and to submit the Motion to Dismiss [Doc. 24] directly to the district judge.

SO ORDERED, this 28th day of February, 2012.

_Gerrilyn G. Brill_
GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)