IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| NATALA S. STROMAN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BANK OF AMERICA | ) | |
| CORPORATION, BANK OF | ) | |
| AMERICA, N.A., BAC HOME | ) | |
| LOAN SERVICING, LP (a subsidiary | ) | CIVIL ACTION CASE NO. |
| of Bank of America, N.A. and | ) | 1:10-cv-4080 |
| formerly known as Countrywide | ) | |
| Home Loans Servicing, L.P.), | ) | |
| EQUIFAX CREDIT INFORMATION | ) | |
| INFORMATION SERVICES, INC., | ) | |
| EXPERIAN SOLUTIONS, INC., | ) | |
| TRANS UNION LLC AND ABC | ) | |
| CORPORATIONS 1-3 | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

COMES NOW Monika D. Vyas of the law firm of Burr & Forman LLP and James Williams, Jr. of the law firm of Jones Day, and pursuant to Local Rule 83.1(E), file this Certificate of Consent to Withdraw as Counsel for Defendant Experian Information Solutions, Inc. ("Experian").

377406.v1

Defendant has selected James Williams, Jr. and the law firm of Jones Day, to serve as counsel for Defendant in this action. Mr. Williams filed a Notice of Appearance on June 29, 2011, in which he entered an appearance on behalf of Experian. Pursuant to Local Rule 83.1(E), and as evidenced by his signature below, Experian consents to the requested withdrawal. This withdrawal will not cause undue delay or otherwise prejudice the parties to this action.

Respectfully submitted this 16th day of May, 2012.

s/Monika D. Vyas
Monika D. Vyas
BURR & FORMAN LLP
Georgia Bar No. 558009
mvyas@burr.com
171 17th Street, N.W., Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

*Withdrawing Attorney for Experian*

#812411
James Williams, Jr., Attorney for Experian

_____ Representative for Experian Information Solutions, Inc.

377406 v1

---

### CERTIFICATION OF COUNSEL

---

I hereby certify that the foregoing **CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** has been prepared with Times New Roman, 14 point font, one of the font and point selections approved by the Court in LR 5.1B.

                                                  s/Monika D. Vyas
                                                  Monika D. Vyas

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2012, I electronically filed the foregoing **CERTIFICATE OF CONSENT TO WITHDRAW AS COUNSEL FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record.

s/Monika D. Vyas
Monika D. Vyas