IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NATALA S. STROMAN, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC., et al )<br>)<br>Defendants. )<br>)<br>)<br>)<br>) | CIVIL ACTION CASE NO.<br>1:10-cv-4080-AT |

**CONSENT MOTION TO DISMISS CLAIMS AGAINST**
**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

COME NOW Plaintiff **NATALA STROMAN** and Defendant **EXPERIAN INFORMATION SOLUTIONS, INC.** ("Experian"), by Counsel, and file this, their Consent Motion to Dismiss Claims Against Experian and show as follows:

1. Plaintiff and Experian have reached a settlement agreement in this matter.

2. Accordingly, Plaintiff and Experian request that the Court enter an Order dismissing all claims against Experian only, with prejudice.

- 2 -

3. The dismissal of Experian does not impact or negate in any way the claims against any of the remaining Defendants.

4. A proposed Order is attached.

**WHEREFORE**, Plaintiff and Experian request that this Motion be granted.

This 17th day of July 2012.

**PLAINTIFF NATALA STROMAN**

By: /s/ Auden L. Grumet, Esq. (with permission)
Ga. State Bar No.: 314613
Attorney for Plaintiff
The Law Office of Auden L. Grumet, LLC
4503 West Sudbury Court
Atlanta, Georgia 30360
(770) 458-3845 (Tel)
auden@atlantalawyer.org


**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

By: /s/ James R. Williams
Ga. State Bar No.: 812411
Attorney for Experian
JONES DAY
1420 Peachtree Street N.E., Suite 800
Atlanta, Georgia 30309
(404) 581-8518

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

Dated: July 17, 2012

/s/ James R. Williams
Attorney for Defendant Experian

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NATALA S. STROMAN,<br><br>  Plaintiff<br><br>v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC., et al<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION CASE NO.<br>) 1:10-cv-4080-AT<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

CONSIDERING the foregoing Consent Motion to Dismiss Claims Against Defendant Experian Information Solutions, Inc. ("Experian") and, for good cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the claims and demands of Plaintiff NATALA S. STROMAN as against Defendant EXPERIAN and Experian only are hereby DISMISSED, WITH PREJUDICE, each party to bear its own costs and fees.

This ___ day of July 2012.

_____
UNITED STATES DISTRICT JUDGE