IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| NATALA S. STROMAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BAC HOME LOANS SERVICING, LP (a subsidiary of Bank of America, N.A. and formerly known as Countrywide Home Loans Servicing, L.P.); EXPERIAN INFORMATION SOLUTIONS, INC.; AND ABC CORPORATIONS 1-3, | : : : : : : : : : | CIVIL ACTION NO. 1:10-CV-4080-AT |
| | : | |
| Defendants. | : | |

## **ORDER**

**ORDER TO SHOW CAUSE** in writing within ten (10) days of the entry date of this order why this case shall not be dismissed for want of prosecution pursuant to LR 41.3, NDGa.

**IT IS SO ORDERED** this 23rd day of January, 2013.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**