IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NATALA S. STROMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File No.: |
| vs. ) | 1:10-cv-04080 |
| ) | |
| BANK OF AMERICA CORPORATION, ) | |
| TRANS UNION LLC *et al*. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ORDER

Having read and considered the foregoing *Consent Motion to Dismiss All Remaining Claims Against Remaining Defendants With Prejudice*, a settlement having been reached between the parties and for other good cause, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this action and all claims presented therein are hereby **DISMISSED, WITH PREJUDICE**, with each party to bear its own costs and fees.

This 26th day of March 2013.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE

3